UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**SETH AUSTIN**                                            **CASE NO.  2:19-CV-01357**

**VERSUS**                                                     **JUDGE JAMES D. CAIN, JR.**

**TONY MANCUSO ET AL**                          **MAGISTRATE JUDGE KAY**

## JUDGMENT

For the reasons stated in the accompanying Memorandum Ruling, **IT IS ORDERED, ADJUDGED,** and **DECREED** that the Motion for Summary Judgment [doc. 37] be **GRANTED** and that the claims raised against all defendants under 42 U.S.C. § 1983 will be **DISMISSED WITH PREJUDICE**. Plaintiff's claims under Louisiana negligence law survive this motion.

**THUS DONE AND SIGNED** in Chambers on the 28th day of October, 2022.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**